

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN THE INTEREST OF

A.C.M., a Child.

§          No. 08-18-00014-CV

§          Appeal from the

§          383rd District Court

§          of El Paso County, Texas

(TC# 2008AG5651)

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the trial court's order lifting the geographic restriction on Appellee's ability to designate the child's primary residence. We therefore affirm the trial court's order lifting the geographic restriction on Appellee's ability to designate the child's primary residence. We further order that Appellee recover from Appellant and his sureties, if any, all costs in this Court. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF DECEMBER, 2019.


GINA M. PALAFOX, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.